In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property of the SECOND RUSSIAN INSURANCE COMPANY, Respondent. HAMBURG INSURANCE COMPANY, Appellant.

(Argued February 9, 1931; decided March 24, 1931.)

*Hartwell Cabell* and *William B. Devoe* for appellant.

*James F. Donnelly, Alfred C. Bennett, John M. Downes* and *Clarence C. Fowler* for Superintendent of Insurance, respondent.

*Robert J. Sykes* and *Albert Bonynge* for Second Russian Insurance Company, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, J.